



FILED BY____*PCS*____D.C.

**Feb 10, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPb

Notice of Special Restricted Appearance Chrisnel El Bey Express Trust Beneficial Owner 1st Lien Holder of SIMON CHRISNEL Estate d/b/a CHRISNEL SIMON©®™

# U.S. DISTRICT COURT of MIAMI FLORIDA

**Chrisnel Simon**

Chrisnel Simon

P.O. BOX 610782  Miami Florida  [33261-0782]

Plaintiff Pro Se.

**U.S. District Court**

**District Court of Miami Florida**

**400 N Miami Ave, Miami Florida 33128**

Chrisnel Simon

Plaintiff

V

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**Section 1983 Case from 2019**

Filed _____

Case # F19-005046; F19-005049

**Complaint for Money Damages for:
Deprivation of Constitutional Rights,
Conspiracy to Deprive Plaintiff of
Constitutional Rights, and
Failure to Protect Plaintiff from
Conspiracy to Deprive Plaintiff
of his Constitutional Rights.**

| | |
|---|---|
| Governor Ron DeSantis, | § |
| | § |
| his wife Casey DeSantis, | § |
| | § |
| State Attorney Katherine F. Rundle, | § |
| | § |
| De facto Sheriff Danielle Levine Cava,. | § |
| | § |
| her husband, , Robert Cava | § |
| | § |
| Judge William Altfield, | § |
| | § |
| his wife, Sharon Sue Sachs | § |
| | § |
| Officer Brandy Conway ( Badge # 030-04727), | § |
| | § |
| Officer Angel Requejado ( Badge # 006-00319) | § |
| | § |
| his wife, Aileen Fernandez | § |
| | § |
| Property Appraiser Mike Gebhart | § |
| | § |
| Property Appraiser Victoria Llerna | § |
| | § |
| Property Appraiser Jon Lieber | § |
| | § |
| his wife, Andrea Lynne Brody | § |
| | § |
| Property Appraiser Luis Mendoza | § |
| | § |
| his wife, Dinora Lizeth Quezada | § |
| | § |
| Realtor / Investor Moshe Henkins | § |
| | § |
| Realtor / Investor Lester Leyva | § |
| | § |
| his, William Antonio Briceno | § |
| | § |
| Chief Juan Perez | § |
| | § |
| his wife, Christina Perez | § |

**Jury is hereby Demanded.**

1.      This Court has jurisdiction all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, as the above Constitution Article III mentions [28 USC 1343 (1), (2), (3), and (4) and under USC 1938, 1985,  18 USC 241and 242]

**Pursuant to:  Article. III.**

**Section. 1.**

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

**Section. 2.**

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority to all Cases affecting Ambassadors, other public Ministers and Consuls to all Cases of admiralty and maritime Jurisdiction to Controversies to which the United States shall be a Party to Controversies between two or more States, between a State and Citizens of another State between Citizens of different States, between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

**Jurisdiction**

2.      Comes now the Plaintiff above named in his own natural person and complains against Defendants above named for depriving Plaintiff of constitutional rights under color of State Law, custom or usage, conspiracy to so deprive and/or failure, neglect or refusal to protect plaintiff from said conspiracy although it was within the power to do so.

3. Plaintiff and individuals, named are citizens and residents of the State of Florida. Defendants are employees of the State of Florida and The County of Miami-Dade.

**1st Cause of Action**

4. Plaintiff is a resident of the County of Miami-Dade, State of Florida for the past forty three years.

5. Ron DeSantis is Governor of the State of Florida;

6. Danielle Levine Cava is De facto Sheriff for Miami-Dade Police Dept., County of Miami-Dade, State of Florida;

7. Katherine F. Rundle is State Attorney for the County of Miami-Dade, State of Florida;

8. William Altfield is Judge for the Miami-Dade County Circuit Court, State of Florida;

9. Brandy Conway is Police Officer for the Miami-Dade Police Dept., County of Miami-Dade, State of Florida;

10. Angel Requejado is a Police Officer for the North Miami Police Dept., County of Miami-Dade, State of Florida;

11. Mike Gebhart is a Property Appraiser for the Miami-Dade Property Appraisers Office, County of Miami-Dade, Florida;

12. Victoria Llema is a Property Appraiser for the Miami-Dade Property Appraiser Office, County of Miami-Dade, Florida;

13. Jon Lieber is a Property Appraiser for the Miami-Dade Property Appraiser Office, County of Miami-Dade, Florida;

14. Louis Mendoza is a Property Appraiser for the Miami-Dade Property Appraiser Office, County of Miami-Dade, Florida;

15. Moshe Henkins is a Realtor / Investor in the State of Florida, County of Miami-Dade;

16. Lester Levy is a Realtor / Investot in the State of Florida, County of Miami-Dade;

17. Juan Perez is the Chief of Police for Miami-Ddade Police Dept., County of Miami-Dade, State of Florida.

18. Casey DeSantis, Sharon Altfield, Aileen Fernandez, Andrea Lynne Brody, Dinora Lizeth Quezada, William Antonio Briceno are to the best of Plaintiff's knowledge and belief, the wives or husbands, respectively of Defendants named above;

19.    They are joined as a protection to Plaintiff against their husbands or wives unlawful dissipation of assets or attempted conveyances of property in a attempt to defraud legitimate creditors.

20.    By Law, Article XX Section 3 of the Constitution, State of Florida, Defendants, Ron DeSantis, Danielle Levine Cava, Katherine F. Rundle, William Altfield, Brandy Conway, Angel Requejado, Mike Gebhart, Victoria Llema, Jon Lieber, Louis Mendoza, Moshe Henkins, Lester Levy have been required by Oath of affirmation, to support and defend Plaintiff's rights protected by the Constitution, rights when or where they claim to have jurisdiction over or official duties with the Plaintiff.

**Stopped by North Miami Police Department on or about June, 18, 2018**
**violation of my rights, False Imprisonment, without due process**

21.    On or about June 18, 2018, Plaintiff while contracting unlimited in State of Florida, Plaintiff was arrested and ordered to Pay taxes, excessive bail, charged with unconstitutional statues and codes.

Which is a violation of my rights, and false imprisonment, without due process, cause there was no warrant and no affidavit in support of warrant to stop and search me in the first place.

## What Constitutes False Imprisonment Unlawful detention or deprivation of liberty

Unlawful detention or deprivation of liberty is the basis of an action for [28 USC 1343 (1), (2), (3), and (4) and under USC 1938, 1985,  18 USC 241and 242] suit of false imprisonment. Actual seizure or the laying on of hands is not necessary to constitute an unlawful detention. 4 Thus the only essential elements of the action are: (1) Detention or restraint against one's will; and (2) The unlawfulness of such detention or restraint.

Blackstone. in his Commentaries on the
Law, (3 Bl. Comm. 127) states on this matter:
Every confinement of the person is an
imprisonment, whether it be in a common
prison, or in a private house, or in the
stocks, or even by forcibly detaining one in
the public streets.7

1 Sm:ds Foundalion 0/ Legal Liability, vol. 1, p. 12 , citing: Bacton's Note Book, vol. II, p. 314 (1229), pl. 465.

2 Kroegerv. Passmore, 36 Mont. 504, 93 Pac. 805, 807 (1908 ), McBeath v. Campbell, 12 S.W.2d 118, 122 (Tex. 1929).

3 Joseph Chitty, Esq., The Practice o/the Law, vol. I, Chap. II , p. 47, London, 1837.

4 Hamer v. Bieber, 271 Mo. 326, 197 S.W. 68, 70 (1917).

5 Sergeant v. Watson Bros. Transp. Co., 244 Iowa 185, 52 N.W.2d 86, 93 (1952); Sinclair Refining Co. v. Meek, 62 Ga.App.850, 10 S.E.2d 76, 79 (1940); Southern R y. Co. in Kentucky v. Shirley, 121 Ky. 863, 90 S.w. 597, 599 (1906).

6 Thomas Cooley, Treatise on the LawofTorfs, vol.1,4th Ed. § 109, p.345;Meintsv. Huntington, 276 F.245,248 (1921).

7 Cited by: Fox v. McCumin, 205 Iowa 752, 21 8 N.W. 499, 501 (1928); Sergeallt v. Watson Bros. Tramp. Co., 244 Iowa 185,52 N.W.2d 86,93 (1952

8 United States v. Turner, 52 U.S. 663 (1850)

Thus any type of detainment or confinement of a person, or restriction or deprivation of their liberty or freedom of locomotion, where he is compelled to remain where he does not wish to remain, or to go where he does not wish to go, is an .. imprisonment. ... The only question there after is whether or not the imprisonment is "false." The word "false" comes from the common law and is synonymous with "unlawful." A false arrest is one means of committing a false imprisonment.

Pursuant : to **1885 Florida Constitution**

**DECLARATION OF RIGHTS.**

**Section 1.** All men are equal before the law, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, protecting property, and pursuing happiness and obtaining safety.

**Section 2.** All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the citizens, and they have the right to alter or amend the same whenever the public good may require it; but the paramount allegiance of every citizen is due to the Federal Government, and the people of this State have no power to dissolve its connection therewith.

**Section 3.** The right of trial by jury shall be secured to all, and remain inviolate forever.
**Section 4.** All courts in the State shall be open, so that every person for any injury done him in his lands, goods, person or reputation shall have remedy, by due course of law, and right and justice shall be administered without sale, denial or delay.

**Section 8.** Excessive bail shall not be required, nor excessive fines be imposed, nor cruel or unusual punishment or indefinite imprisonment be allowed, nor shall witness be unreasonably detained.

**Section 9.** All persons shall be bailable by sufficient sureties, except for capitol offences where proof is evident or presumption great.

**Section 11.** In all criminal prosecutions, the accused shall have the right to speedy and public trial, by impartial jury, in the county where the crime was committed, and shall be heard by himself, or counsel, or both, to demand the nature or cause of the accusation against him, to meet the witnesses against him face to face, and have compulsory process for the attendance of witnesses, in his favor and shall be furnished with a copy of indictment brought against him.

**Section 12.** No person shall be subject to be twice put in jeopardy for the same offense, no compelled in any criminal case to be a witness against himself, nor be deprived of his life, liberty, or property without due process of law; nor shall private property be taken without just compensation

**Section 13.** Every person may fully speak and write his sentiments on all subjects, being responsible for the abuse of that right, and no laws shall be passed to restrain or abridge the liberty of speech or of the press. In all criminal prosecutions and civil actions for libel the truth may be given in evidence to the jury, and if it shall appear that the matter charged as libelous is **true**, and was published for good motives, the party shall be acquitted or exonerated.

**Section 14.** No person shall be compelled to pay costs except after conviction, on a final trial.

**Section 17.** No bill of attainder, *ex post facto* law, nor any law impairing the obligations of contracts, shall ever be passed.

**Section 19.** Neither slavery nor involuntary servitude, shall ever be allowed in this State

**Section 22.** The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated; and no warrant shall issue except upon probable cause, supported by oath, or affirmation, particularly describing the place, or places, to be searched, and the persons or things to be seized.

**Section 23.** No conviction for treason shall work corruption of blood or forfeiture of estate.

## *ARTICLE IX.*
**Section 3.** No tax shall be levied except in pursuance of law.

## *ARTICLE XVI*
**Section 29.** No private property nor right of way shall be appropriated to the use of any corporation or individual until full compensation therefor shall be first made to the owner, or first secured to him by deposit of money, which compensation, irrespective of any benefit from any improvement proposed by such corporation or individual, shall be ascertained by a jury of twelve men in a court of competent jurisdiction, as shall be prescribed by law.

# Tax I.D. / License is Title of Nobility

22.     Both are Titles of nobility.

23.     Said order was in violation of Article 1 Section 10 of the Constitution

Section 10. No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, *ex post facto* law, or law impairing the obligation of contracts, or grant any title of nobility.

No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing it's inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another state, or with a foreign power, or engaging war, unless actually invaded, or in such imminent danger as will not admit of delay.
Close.

### Federal Reserve notes not backed by silver and gold

24.     Defendant(s), Angel Requejado, also required me to pay for said taxes with Federal Reserve Notes, in order to do business. That are not backed by gold or silver coin, as stipulated in Article 1 Section 10 of the U.S. Constitution.

25.     Defendants, threatened Plaintiff with deprivation of Liberty and property without due process of Law.

26.     All this was done under, Color, Custom and Usage of Florida State Vehicle Code.

27.     Defendant(s), acting in conspiracy, under color, custom and usage of law, ordered Plaintiff to court.

28.     This constitutes a violation of her Oath of Office as covered by [Title 18, USC 241and 242.]

29.     Defendant, was assigned to Court wherein Plaintiff appeared as defendant in a criminal Traffic and Felony Case(s).

30.     Plaintiff filed a motion for counsel of his own choice, as is his right, as set forth in the 6th Amendment of our U.S. Constitution.

31.     Defendant(s), in concert with the Florida State Legislature, has denied Plaintiff's motion for counsel of his own choice.

32.     Plaintiff is guaranteed Freedom of Speech and Freedom of association under the First Amendment to the U.S. constitution.

33.     Therefore, Plaintiff is free to associate with counsel of his choice and to have a spokesman (counsel of his choice to speak for him).

**Denial of Due Process**

34.     Plaintiff is guaranteed Due process of Law by the Fifth Amendment of our U.S. Constitution.

**Denial of Counsel of Choice**

35.     The Bill of Rights includes, Counsel of choice in the 6th amendment.

36.     Due Process is guaranteed by the both the 5th and the 14th amendments to the constitution.

**Infliction of Excessive and therefore Cruel and Unusual Punishment**

37.     Under the 8th Amendment, cruel and unusual punishment may not be applied against Plaintiff.

38.     Defendants have imposed just such cruel and unusual punishment upon Plaintiff by the mental stress placed upon Plaintiff as a result of Defendant(s) denial of Counsel of choice.

39.     Under the 9th amendment to the constitution Plaintiff's right to counsel of choice is protected from encroachment by any individual or government body under the 10th amendment to the constitution.

40.     Plaintiff reserves all powers not specifically delegated to the Federal or State Government and he has not waived any of the rights aforementioned, which for the most part are natural rights, but which are also protected by the constitution.

## Infliction of Peonage and Involuntary Servitude

41.     Under the 13th. amendment to the constitution Plaintiff is protected against peonage and involuntary servitude, where the actions of Defendants appear to destine Plaintiff.

42.     Under the 14th amendment of the, Plaintiff is protected under [Title 18 USC, Sec. 241and 242] from the acts of Defendants.

## Florida Bar in Violation of Sherman Antitrust Act

43.     Defendants , Under Color, Usage and Custom of Florida set forth in Article V Sec.1 of the Florida constitution (attached hereto as Exhibit A) and made a part here of as though stated in total herein, in their capacity of public ministers have denied plaintiff the unalienable right to counsel of Plaintiff own choice, Who may or may not be a member of an exclusive organization, Which Organization may well be in Violation of the [Sherman antitrust Act 25 USC 1,2,3,]

44.     Defendants William Altfield, Katherine F, Rundle, Danielle Levine Cava, Ron Desantis, Brandy Conway, Mike Gebhart, Victoria Llema, Jon Lieber, Louis Mendoza, Moshe Henkins, Lester Levy  and Angel Requejado, Juan Perez  Conspired in concert with each other, acting outside their Lawful Duties, To bring to bear upon Plaintiff unconstitutional acts under Color, custom and Usage of State laws.

45.     Defendants, William Altfield, Katherine F, Rundle, Danielle Levine Cava, Ron Desantis, Brandy Conway, Mike Gebhart and Angel Requejado, Juan Perez  acted outside the perimeters their Lawful Duties.

46.     Defendants Violated their Oaths of office. They did so under Color, Custom and usage of Federal and State Law. Defendants acted Grossly, Willfully, Wantonly, Unlawfully, Carelessly, Recklessly, Negligently, Maliciously, purposefully, Intentionally and Discriminatingly against Plaintiff and did so taking advantage of Color, Custom and Usage of State Law and custom within a citizen's fear of State personal prosecuting good citizens for having stood up for their Natural rights protected by the U.S. constitution and the Florida State Constitution.

## Conspiracy. Overt Acts

47.     Defendants conspired together and with others as yet unknown to Plaintiff to deprive him of his rights.

48.     Overt acts committed by Defendants, William Altfield, Katherine F, Rundle, Danielle Levine Cava, Ron Desantis, Brandy Conway, Mike Gebhart and Angel Requejado, Juan Perez includes that complained of in above paragraph of this complaint.

49.     Denying Plaintiff a right to counsel, are all in collusion with the State Legislative Branches of the State of Florida.

50.     Defendants named above relying on their own discretion and erroneous interpretation of the Supreme Law of the Land, Which is the Constitution and not any statute in conflict there with issued or coursed to be issued order for plaintiff conspire with Defendants to subvert the constitution by excepting Titles of Nobility and to make something other than gold and silver coin a tender for payment of debt.

51.     All these are contrary Article 1, Sec. 10, of the Constitution.

52.     Defendants afore named deprived Plaintiff of his 9th and 10th Amendment rights, which protect him from Oath-breaking so-called "public servants" who wallow in the pubic trough while trampling upon Plaintiff's rights protected by the Constitution.

53.     Said defendants, Meanwhile attempt to impose totalitarian Socialism upon the People, Although such a System is the Antithesis of the Constitution, That public servants and duly constituted Authorities are Sworn to uphold

54.     Defendants have exceeded their jurisdiction.

55.     They have abused their discretion.

56.     They have acted outside the Lawful perimeters of their official duties.

57.     They have Grossly, Willfully, wantonly, Unlawfully, Carelessly, Recklessly, Negligently, Intentionally, maliciously, Purposefully, and Discriminatingly Conspired to deprive Plaintiff of his Constitutional rights and They have Refused, neglected or Failed to Protect Plaintiff from said Conspiracy although they have been a position to do so.

58.     Defendants, Sharon Altfield, Casey DeSantis, Aileen Fernandez, Andrea Lynne Brody, Dinora Lizeth Quezada, William Antonio Briceno, Christina Perez are the husbands and wives respectively of the afore-named Defendants Who are Employed as Erstwhile "public-servants";These wives are in effect are "Socialist- Queens", enjoying and living on the Largess and Unlawful spoils brought home by their husbands as compensation for said husband's Violation of their Oaths of Office and for their willing perversion of the U.S. Constitution and the Florida Constitution.

59.     Said wives and husbands Defendants named above have failed, refused or neglected to protect Plaintiff from the conspiracy of their wives and husbands and said failure is intentional, purposeful and malicious.

60.     The acts of omission of said wives and husbands of Defendants named above constitute an overt act of conspiracy to refuse to protect Plaintiff.

61.     Defendant acts as heretofore complained of, have caused harm and damage to Plaintiff.

62.     Said acts have caused mental and physical suffering, insomnia, worry, financial insecurity, stress and strain in relationships, in his work, with his family, relatives and friends, Defendants activities have impaired Plaintiffs credit standing.

63.     They have subjected him to public ridicule and embarrassment.

**Demand for relief**

64.     Defendants complained of acts entitle Plaintiff to recover money damages from Defendants and from each of them as follows:

65.     For general damages $ 50,000;

66.     For punitive damages $100,000;

67.     This shall be payable to Plaintiff in Constitutional Lawful Money redeemable in gold or silver coin as set forth in Article 1 Sec. 10 of the constitution.

68.     In addition plaintiff was in custody and demands compensation for time loss, demands Injunctive relief, other and further relief as to the jury demanded in this case shall appear just.

69.     Defendants herein are sued in their individual capacities and not as agents of the State of Florida or The United States.

70.     This is a civil rights Suit and not under the torts claims act.

71.     The United States or the State of Florida can not be substituted as a party defendant and the consent of the united States or the State of Florida to be sued is not demanded.

72.     If necessary; Plaintiff demands for all issues to be decided by the Jury Demanded;

73.     If defendants move to dismiss this suit, Plaintiff Demands that it be heard by the jury demanded, and only be dismissed if the Jury considers it lacks merit.

(Respectfully submitted) Chrisnel Simon, Laborer, Pro Se

**Chrisnel Simon**

P.O. BOX 610782  Miami Florida  [3326-0782]

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on(date) _2 - 4 - 2023_
(Signature) Simon, Chrisnel .    UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107

State of Florida    )

         )ss.

County of Dade )

I have hereunto set my hand and seal of office On this, ____4th____ Day of ____2nd____, 2023 Notary Public

Seal:



**WILAINE MAXIME**
State of Florida
Commission: GG 982327
Expires: 04/27/2024

Chrisnel El Bey, registered Owner
Of SIMON CHRISNEL corp. sole
Dba CHRISNEL SIMON
P.O. BOX 610782  Miami Florida  [33261-0782]
(352) 363-4080

TO: Daniella Levine Cava, de facto Sheriff
Miami-Dade Police Dept
9105 NW 25th Street, Rm. 3072
Doral, Fl 33172-1500

## CERTIFICATE OF SERVICE

I, Chrisnel Bey, living Man for SIMON CHRISNEL, corp. sole dba. CHRISNEL SIMON, is to certify

that I have this day served the Solicitor General with this **Notice of estoppel and stipulation of**

**Constitutional Challenge to ALL FLORIDA STATE STATUTES etc:** by REGISTERED MAIL

_____USPS_____ Delivery thereon to ensure delivery: Dated this __4th__ day of

__2nd__, 2023

Simon, Chrisnel

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207

Chrisnel El Bey, registered Owner

of SIMON CHRISNEL corp. sole

Dba CHRISNEL SIMON

P.O. BOX 610782  Miami Florida  [33261-0782]